UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Barbara Pryjda

          Plaintiff,

v.                                 Case No.: 1:12–cv–04206
                                 Honorable Matthew F.
                                 Kennelly

The Landings Homeowners Association Inc.,
et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 2, 2012:

      MINUTE entry before Honorable Sheila Finnegan: Settlement conference held on 11/2/2012. Parties reached a settlement agreement subject to approval by the board of the Landings Homeowners Association and the Landings Condominium Association for Building J. The parties summarized the settlement terms on the record. The recording of that proceeding is placed under seal until further order of court. Telephonic status hearing set for 11/9/2012 at 1:30 p.m. for a report on whether the boards have approved the settlement terms. If the parties report to the Court prior to 11/9/2012 that the boards have approved the settlement terms, the telephonic status will be reset to 12/11/2012 at 9:45 a.m. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.