IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA PRYJDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 12-CV-4206 |
| | ) |
| THE LANDINGS HOMEOWNERS ASSOCIATION, INC. and THE LANDINGS CONDOMINIUM ASSOCIATION FOR BUILDING J, INC. | ) ) ) ) Honorable Sheila M. Finnegan ) ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. Specifically:

1. The parties have reached a Settlement Agreement, which is attached as Exhibit A to this Order. The Settlement Agreement was executed on February 18, 2013.

2. By consent of the parties the Court shall retain jurisdiction for purposes of enforcing the terms of the Settlement Agreement.

3. The above captioned lawsuit is dismissed without prejudice with leave to reinstate on or before February 20, 2018, solely for the purposes of seeking enforcement of the Settlement Agreement.

4. In the event a motion to reinstate is not filed on or before February 20, 2018, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court.

_____
Honorable Sheila M. Finnegan

February 21, 2013
Date